UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| USA | § | |
| --- | --- | --- |
| | § | |
| vs. | § | CRIMINAL NO: SA:18-CR-00570(1)-FB |
| | § | |
| (1) Rafael Gabriel Martinez Leal | § | |

## ORDER SETTING SENTENCING

 IT IS HEREBY ORDERED that the above entitled and numbered case is set for **SENTENCING** in Courtroom 2, on the First Floor of the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, San Antonio, TX, on **Thursday, November 07, 2019 at 09:30 AM**.

 IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

 IT IS SO ORDERED this 24th day of July, 2019.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE